UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:	Case No. 15-47420-PJS

MARCELLE KENYATA ROBERSON

Debtor(s)

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Krispen S. Carroll, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/11/2015.

2) The plan was confirmed on 12/05/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/12/2017.

5) The case was converted on 07/25/2017.

6) Number of months from filing to last payment: 22.

7) Number of months case was pending: 27.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $8,169.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $6,991.54 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:**     **$6,991.54**

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,537.53 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $461.32 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**     **$4,998.85**

Attorney fees paid and disclosed by debtor:     $100.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 46TH DISTRICT COURT | Unsecured | 3,069.00 | NA | NA | 0.00 | 0.00 |
| 53RD DISTRICT COURT | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 169.00 | 169.00 | 169.00 | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| BETHANY DAY CARE CENTER | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| CF MEDICAL | Unsecured | 901.00 | 901.39 | 901.39 | 0.00 | 0.00 |
| CITY OF DETROIT | Unsecured | 80.00 | 160.00 | 160.00 | 0.00 | 0.00 |
| CITY OF KEEGO HARBOR | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CITY OF REDFORD | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CITY OF ROMULUS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CITY OF SOUTHFIELD TREASURER | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CITY OF WEST BLOOMFIELD TWP | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CABLE | Unsecured | 1,133.00 | 1,242.69 | 1,242.69 | 0.00 | 0.00 |
| COMCAST CABLE | Unsecured | NA | 763.74 | 763.74 | 0.00 | 0.00 |
| CONSUMERS ENERGY COMPANY | Unsecured | 820.00 | 820.59 | 820.59 | 0.00 | 0.00 |
| CREST FINANCIAL | Secured | 1,722.00 | 1,467.30 | 247.92 | 247.92 | 0.00 |
| CREST FINANCIAL | Unsecured | NA | 1,613.85 | 2,833.23 | 0.00 | 0.00 |
| DEFINITY ACCOUNTING | Unsecured | 390.00 | 690.00 | 690.00 | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| DR PAUL H KARR | Unsecured | 376.00 | NA | NA | 0.00 | 0.00 |
| FARMINGTON HILLS TREASURER | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,609.13 | 1,609.13 | 1,609.13 | 54.21 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 5,022.75 | 5,022.75 | 0.00 | 0.00 |
| MASSACHUSETTS DEPARTMENT OF | Priority | NA | 11,496.82 | 11,496.82 | 387.30 | 0.00 |
| MASSACHUSETTS DEPARTMENT OF | Priority | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| MICHIGAN DEPARTMENT OF TREASU | Unsecured | 4,005.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Unsecured | 1,109.00 | 456.41 | 456.41 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Unsecured | NA | 4,319.32 | 4,319.32 | 0.00 | 0.00 |
| MMCC | Unsecured | 199.00 | 199.89 | 199.89 | 0.00 | 0.00 |
| NCOAST FIN | Unsecured | 8,602.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PERITUS PORTFOLIO | Secured | 12,378.00 | 12,394.21 | 12,394.21 | 0.00 | 0.00 |
| PORANIA LLC | Unsecured | 702.00 | 701.45 | 701.45 | 0.00 | 0.00 |
| RAZOR CAPITAL II LLC | Unsecured | 586.00 | 585.17 | 585.17 | 0.00 | 0.00 |
| REGENCY CLUB APARTMENTS | Secured | NA | NA | NA | 0.00 | 0.00 |
| ROSE PEST CONTROL | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| RUSSELL COLLECTION | Unsecured | 165.00 | 163.50 | 163.50 | 0.00 | 0.00 |
| SECURA INSURANCE | Unsecured | 2,918.00 | 2,923.21 | 2,923.21 | 0.00 | 0.00 |
| SPRINT CORPORATION | Unsecured | 1,248.00 | 1,248.15 | 1,248.15 | 0.00 | 0.00 |
| ST JOHN HOSPITAL | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| STATE OF MICHIGAN CD | Secured | NA | 1,242.31 | 1,242.31 | 1,242.31 | 0.00 |
| STATE OF MICHIGAN CD | Priority | 1,809.22 | 1,809.22 | 1,809.22 | 60.95 | 0.00 |
| STATE OF MICHIGAN CD | Unsecured | NA | 3,926.29 | 3,926.29 | 0.00 | 0.00 |
| TOLEDO EDISON | Unsecured | 476.00 | NA | NA | 0.00 | 0.00 |
| U S DEPARTMENT OF EDUCATION | Unsecured | 24,714.00 | 33,544.23 | 33,544.23 | 0.00 | 0.00 |
| WASHTENAW COUNTY FRIEND/COU | Priority | NA | NA | NA | 0.00 | 0.00 |
| WOODVILLE RENTAL CO | Unsecured | 305.00 | NA | NA | 0.00 | 0.00 |
| YBUY | Secured | 1,276.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $12,394.21 | $0.00 | $0.00 |
| All Other Secured | $1,490.23 | $1,490.23 | $0.00 |
| **TOTAL SECURED:** | **$13,884.44** | **$1,490.23** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $11,496.82 | $387.30 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,418.35 | $115.16 | $0.00 |
| **TOTAL PRIORITY:** | **$14,915.17** | **$502.46** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$60,671.01** | **$0.00** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $4,998.85 |
| Disbursements to Creditors | $1,992.69 |
| **TOTAL DISBURSEMENTS :** | **$6,991.54** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 08/09/2017   By: /s/ Krispen S. Carroll
                                     Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**